UNITED STATES of America,
Plaintiff–Appellee,

v.

Alexis MORGANFIELD, Defendant–
Appellant.

No. 06–50480.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 17, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Cornelius N. Cox, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Alexis Morganfield appeals the revocation of his bond pending trial pursuant to

18 U.S.C. § 3145(c). Morganfield proceeded to trial and was convicted by the jury on April 26, 2006. This appeal is moot. *Church of Scientology v. United States,* 506 U.S. 9, 12, 113 S.Ct. 447, 121 L.Ed.2d 313 (1992); *Willy v. Admin. Review Bd.,* 423 F.3d 483, 494 n. 50 (5th Cir.2005). The appeal is DISMISSED.

Morganfield's motion to replace appointed counsel is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.